IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOSHUA DORTCH,

                    Plaintiff,                           **4:17CV3130**

          vs.

                                                         **MEMORANDUM
OMAHA NEBRASKA POLICE                                    AND ORDER**
DEPART,  UNKNOWN BIVENS, and
JOHN DOE OFFICERS,

                    Defendants.

          Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma
Pauperis.  (Filing No. 2.)  Upon review of Plaintiff's Motion, the court finds that
Plaintiff is financially eligible to proceed in forma pauperis.

          IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is
granted, and the Complaint shall be filed without payment of fees.  Plaintiff is
advised that the next step in his case will be for the court to conduct an initial
review of his claims to determine whether summary dismissal is appropriate under
28 U.S.C. § 1915(e)(2).  The court will conduct this initial review in its normal
course of business.

          Dated this 11th day of October, 2017.

                                        BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        Senior United States District Judge