## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSHUA DORTCH,<br><br>**Plaintiff,**<br><br>vs.<br><br>**STATE OF NEBRASKA, GOVERNOR PETE RICKETS, OMAHA NEBRASKA POLICE DEPARTMENT, OMAHA NEBRASKA POLICE CHIEF, TODD SCHMABRER, MIKE SUNDERMEIER, Police Officer; GAMG TASK FORCE, JODY SAUTTER, Police Officer; AARON HANSON, Police Officer; and LAURIE SMITH CAMP, Chief Judge;**<br><br>**Defendants.** | **4:17CV3130**<br><br><br>**ORDER** |

This matter is before the Court on the "Motion to Withdraw 42 U.S.C. § 1983," ECF No. 21, filed by pro se Plaintiff Joshua Dortch. The Court construes this Motion as a motion to voluntarily dismiss under Federal Rule of Civil Procedure 41(a)(2) and finds that the motion should be granted. The above captioned action will be dismissed, without prejudice. Accordingly,

IT IS ORDERED:

1. The Motion to Withdraw 42 U.S.C. § 1983, ECF No. 21, is granted; and

2. The above-captioned action is dismissed, without prejudice.

Dated this 22nd day of August, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge